J-S10044-25

**NON-PRECEDENTIAL DECISION - SEE SUPERIOR COURT O.P. 65.37**

| | | |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA | : | IN THE SUPERIOR COURT OF |
| | : | PENNSYLVANIA |
| | : | |
| v. | : | |
| | : | |
| | : | |
| PAUL RICHARD WHEELER | : | |
| | : | |
| Appellant | : | No. 1139 MDA 2024 |

Appeal from the Judgment of Sentence Entered July 16, 2024
In the Court of Common Pleas of Dauphin County
Criminal Division at No(s):  CP-22-CR-0000589-2022

BEFORE:  BOWES, J., OLSON, J., and SULLIVAN, J.

JUDGMENT ORDER BY SULLIVAN, J.:          **FILED JUNE 27, 2025**

Paul Richard Wheeler ("Wheeler") appeals from the judgment of sentence entered following his non-jury convictions for driving under the influence ("DUI") — highest rate of alcohol — second offense, and DUI general impairment — incapable of safe driving — second offense.[1]  We vacate the judgment of sentence and remand.

As noted, the Commonwealth charged Wheeler as a second DUI offender, and the trial court sentenced him as a repeat offender pursuant to 75 Pa.C.S.A. § 3806(a)(1).  The Supreme Court's recent decision in ***Commonwealth v. Shifflet***, --- A.3d ---, 2025 WL 1554603 (Pa. May 30, 2025), holds that "a defendant's previous acceptance of ARD cannot be viewed as the equivalent of a prior conviction." ***Shifflet***, ***supra*** at *11.  Wheeler was

_____

[1] 75 Pa.C.S.A. §§ 3802(c), 3802(a)(1).

sentenced as a second DUI offender because of his prior acceptance of ARD. Under **Shifflet**, that was error. Accordingly, the judgment of sentence is vacated, and this matter is hereby remanded to the trial court for resentencing.

Judgment of Sentence vacated. Case remanded. Jurisdiction relinquished.


Judgment Entered.


Benjamin D. Kohler, Esq.
Prothonotary


Date: 06/27/2025